**Order entered July 8, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00353-CV

**MANSIK & YOUNG PLAZA LLC; YOUNG HO KIM; SUN HUI KIM; AND DAVID KIM, Appellants**

**V.**

**K-TOWN MANAGEMENT, LLC D/B/A KTN US; IP INVESTMENTS, LTD.; ODES H. KIM; JI HONG PARK; AND CHUL SEUNG PARK, Appellees**

**On Appeal from the 193rd Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-14-12729**

## ORDER

We **GRANT** appellants' July 7, 2015 unopposed motion to extend time to file reply brief

and **ORDER** the brief be filed no later than July 28, 2015.

/s/    CRAIG STODDART
       JUSTICE